IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SAMMY HALE, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:13-CV-0228-RWS |
| CURRY M. MINGLEDORFF, II | : |
| in his individual capacity and | : |
| BARROW COUNTY, GEORGIA, | : |
| | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [38] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendants' Motions to Dismiss [18, 29] are **GRANTED**, and Plaintiff's Amended Complaint is **DISMISSED**.

**SO ORDERED**, this  10th  day of December, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE